CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 18 2007
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ISRAEL RAY COOPER, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DONNIE M. SIMPKINS, et al., )<br>    Defendants. ) | Civil Action No. 7:07cv00167<br><br>**FINAL ORDER**<br><br>By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED**; Cooper's application to proceed in forma pauperis [Docket #2] is **DENIED as MOOT**; Cooper's motion to serve process [Docket #4] is **DENIED as MOOT**; Cooper's request for production of documents [Docket #5] is **DENIED as MOOT**; and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 18th day of June, 2007.

_____
United States District Judge